UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- x
UNITED STATES OF AMERICA          :
                                  :
                                  :     **SCHEDULING ORDER**
                                  :
        -against-                 :
                                  :     21 Cr. 771 (AKH)
LEVON MATINYAN,                   :
                                  :
                Defendant.        :
                                  :
------------------------------------------------------------- x

ALVIN K. HELLERSTEIN, U.S.D.J.:

        The sentencing scheduled for July 6, 2022 is hereby adjourned to September 7, 2022 at 12:00 p.m.

        SO ORDERED.

Dated:    June 10, 2022                  __/s/ Alvin K. Hellerstein____
           New York, New York        ALVIN K. HELLERSTEIN
                                          United States District Judge