# MARGARET M. SHALLEY, ESQ.

MARGARET M. SHALLEY & ASSOCIATES, LLC
225 Broadway, Suite 715
New York, NY 10007
917-841-0231 (Phone)
212-566-8165 (Fax)
margaretshalley@aol.com

August 24, 2022

Sentencing is adjourned until Oct. 4, 2022 at 12:00 p.m.

/s/Alvin K. Hellerstein, U.S.D.J.
8/30/2022

**VIA ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

      Re:   *U.S. v. Levon Matinyan*
              **21 Cr. 771 (AKH)**

Dear Judge Hellerstein:

      I represent Levon Matinyan in the above-referenced matter. Mr. Matinyan's sentencing is currently scheduled for September 7, 2022. The purpose of this letter is to respectfully request a two-week adjournment of the sentencing. Mr. Matinyan's sentencing submission is scheduled to be submitted today; however, the final Presentence Report has not been disclosed. Additionally, counsel has spoken to the AUSA, who is currently on trial, and she believes that the trial will continue through September 7, 2022. An adjournment of two-weeks will give the Probation Department sufficient time to disclose the final PSR and allow the Government to prepare for sentencing after the trial ends. Mr. Matinyan has been incarcerated for approximately nine and a half months. According to the plea agreement and the initial probation disclosure, his guideline range is 10-16 months, therefore, a very short adjournment is being requested. This is the first request for an adjournment of the sentencing and the Government consents to this request. Accordingly, it is respectfully requested that the Court adjourn the sentencing to the week of September 26, 2022, or a date that is convenient to the Court. Additionally, it is respectfully requested that the due dates for the parties' sentencing submission be adjourned two weeks as well, with the defense submission due two weeks before the sentencing date, and the Government's submission due one week before.

1

The Court's time and consideration of this matter are greatly appreciated.

                                                            Respectfully submitted,

                                                                 / s /

                                                        Margaret M. Shalley

cc:      All counsel (*via ECF*)