UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA | : | **ORDER** |
| -against- | : | |
| | : | 21 Cr. 771(AKH) |
| Levon Matinyan, | : | |
| Defendant. | : | |

------------------------------------------------------x

ALVIN K. HELLERSTEIN, U.S.D.J.:

     Defendant Levon Matinyan, having been sentenced to time served, on indictment 21 Cr.771(AKH), shall be released from the custody of the United States Marshals, subject to an immigration detainer.

     SO ORDERED.

Dated:     October 4, 2022
            New York, New York

ALVIN K. HELLERSTEIN
United States District Judge